IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEON BOLDEN,

    Plaintiff,

v.

WARDEN MICHAEL THURMER,
CAPT. OLSON, CAPT. GEMPELER,
CAPT. HOLM, LT. SCHULTZ, SGT. LYNN,
SGT. BLAKE, DAVID CROSS,
DON STRAHOTA, DR. CALLISTER,
TODD R. GRISDALE, ANA, PH.D.,
WARDEN "NEW" WILLIAM POLLARD,
GARY H. HAMBLIN, LARRY L. JENKINS,
DR. GARBELMAN, PH.D.,
DR. DEBORAH FISCHER, PH.D.,
DR. GARY ANKARLO, PH.D.,
DR. LESLEY BAIRD, PSY.D., T. BAUER,
CAPT. MEIL, MR. WIERRENGO, BHU,
SGT. BAUMOER, DR. LARSON RN and
TAMARA GRIGSBY, Wis. State
Representative,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-855-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying leave to proceed and dismissing Lt. Schultz, Warden Michael Thurmer, Capt. Olson, Capt. Gempeler, Capt. Holm, Sgt. Lynn, Sgt. Blake, Don

Strahota, Dr. Callister, Dr. Todd R. Grisdale, Dr. Ana, Warden William Pollard, Gary H. Hamblin, Larry L. Jenkins, Dr. Garbelman, Dr. Deborah Fischer, Dr. Gary Ankarlo, Dr. Lesley Baird, T. Bauer, Capt. Meil, Mr. Wierrengo, Sgt. Baumoer, Dr. Larson and Tamara Grigsby; and

(2) granting summary judgment in favor of David Cross and dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

_____   _7/18/12_____
Peter Oppeneer, Clerk of Court          Date